**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-27301 |
| | ) | CHAPTER 7 |
| GARY D. GIESE, | ) | |
| NANCY L. GIESE | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 3rd day of February, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

   _/s/ Peter N. Metrou_
   **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

**Via First-Class Mail**

Bank of America
100 North Tryon Street
Headquarters
Charlotte, NC 28255-0001

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090-6017

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Corporate Headquarters
1680 Capital One Drive
Mc Lean, VA 22102-3407

Chase
Corporate Headquarters
270 Park Avenue
New York, NY 10017-2070

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citibank
399 Park Avenue
Headquarters
New York, NY 10022-4699

Citibank
Citicorp/Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

Discover Card
P.O. Box 3025
New Albany, OH 43054-3025

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dreyer Medical Clinic
P.O. Box 105173
Atlanta, GA 30348-5173

DuPage Eye Anesthesiology
2015 North Main St
Wheaton, IL 60187-3152

Earthmover Credit Union
PO Box 2937
Aurora, IL 60507-2937

Earthmovers Credit Union
2195 Baseline Rd
Oswego, IL 60543-6006

Edward Hospital
PO Box 4207
Carol Stream, IL 60197-4207

Ford Motor Credit
PO Box 790093
St Louis, MO 63179-0093

Gary D Giese
1730 Deer Run Drive
Montgomery, IL 60538-3002

GI Pathology
PO Box 1000 Dept 461
Memphis, TN 38148-0001

John F Mazeika DDs
PO Box 3000
Salem, OR 97302-8001

Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201-3120

Medical Business Bureau
PO Box 1219
Park Ridge, IL 60068-7219

Meyer & Njus, P.A.
1100 U.S. Bank Plaza
200 South Sixth Street
Minneapolis, MN 55402-1403

Midwest Endoscopy Center
PO Box 10359
Uniondale, NY 11555-0359

Mobile Anesthesiologists
PO Box 5633
Carol Stream, IL 60197-5633

Nancy L Giese
1730 Deer Run Drive
Montgomery, IL 60538-3002

Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 18773-9500

SERVICE LIST

**Via First-Class Mail**

Rush Copley Medical Center
2000 Ogden Ave
Aurora, IL 60504-5893

Suburban Gastroenterology
39273 Treasury Center
Chicago, IL 60694-9200

Synchrony Bank
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Weltman, Weinberg & Reis Co., L.P.A
3705 Marlane Drive
Suite 900
Grove City, OH 43123-8895

Wells Fargo Card Services
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306-0438

Wells Fargo Home Mtg
Written Correspondence Resolutions
Mac#X2302-04e Po Box 10335
Des Moines, IA 50306-0335

**Via ECF:**

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Roxanna Hipple
Kumor & Hipple PC
303 West Main Street
West Dundee, IL 60118-2020

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
GARY D GIESE § Case No. 16-27301
NANCY L GIESE §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on April 7, 2017 in
Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/03/2017          By: /s/ Peter N. Metrou
                                         Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
        §
GARY D GIESE     §   Case No. 16-27301
NANCY L GIESE    §
        §
        §
    Debtors   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,000.00 |
| and approved disbursements of | $ | 25.89 |
| leaving a balance on hand of[1] | $ | 19,974.11 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Trustee Expenses: Peter N. Metrou | $ 78.48 | $ 0.00 | $ 78.48 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,828.48 |
| Remaining Balance | | $ | 17,145.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 37,662.73  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  45.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 5,796.36 | $ 0.00 | $ 2,638.74 |
| 2 | NAVIENT SOLUTIONS INC. | $ 13,519.16 | $ 0.00 | $ 6,154.48 |
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 1,164.98 | $ 0.00 | $ 530.35 |
| 4 | CAPITAL ONE NA | $ 1,332.22 | $ 0.00 | $ 606.48 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 591.96 | $ 0.00 | $ 269.48 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ 4,771.12 | $ 0.00 | $ 2,172.01 |
| 7 | WELLS FARGO BANK, N.A. | $ 3,713.34 | $ 0.00 | $ 1,690.47 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 4,148.18 | $ 0.00 | $ 1,888.42 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 1,280.41 | $ 0.00 | $ 582.90 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | JOHN F MAZEIKA DDS | $ 1,345.00 | $ 0.00 | $ 612.30 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 17,145.63 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.