UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
GARY D GIESE                        §   Case No. 16-27301
NANCY L GIESE                       §
                                    §
           Debtors                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 12,975.00                    Assets Exempt: 36,362.04
*(Without deducting any secured claims)*

Total Distributions to Claimants:  17,145.63   Claims Discharged
                                               Without Payment:  185,916.19

Total Expenses of Administration:  2,854.37

---

3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 152,105.10 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,854.37 | 2,854.37 | 2,854.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,855.36 | 37,662.73 | 37,662.73 | 17,145.63 |
| **TOTAL DISBURSEMENTS** | $ 201,960.46 | $ 40,517.10 | $ 40,517.10 | $ 20,000.00 |

4) This case was originally filed under chapter 7 on 08/25/2016 . The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/01/2017                    By:/s/Peter N. Metrou, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1730 DEER RUN DRIVE MONTGOMERY IL 60538-0000 KENDALL | 1110-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Earthmovers Credit Union, 2195 Baseline Rd Oswego, IL 60543 | | 2,835.40 | NA | NA | 0.00 |
| | Earthmovers Credit Union, 2195 Baseline Rd Oswego, IL 60543 | | 5,121.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Earthmovers Credit Union, 2195 Baseline Rd Oswego, IL 60543 | | 2,887.39 | NA | NA | 0.00 |
| | Earthmovers Credit Union, 2195 Baseline Rd Oswego, IL 60543 | | 1,034.76 | NA | NA | 0.00 |
| | Ford Motor Credit, PO Box 790093 St Louis, MO 63179-0093 | | 13,243.79 | NA | NA | 0.00 |
| | Wells Fargo Home Mtg, Written Correspondence Resolutions Mac#X2302-04e Po Box 10335 Des Moines, IA 50306 | | 126,982.44 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 152,105.10** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 2,750.00 | 2,750.00 | 2,750.00 |
| Peter N. Metrou | 2200-000 | NA | 78.48 | 78.48 | 78.48 |
| Associated Bank | 2600-000 | NA | 25.89 | 25.89 | 25.89 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 2,854.37** | **$ 2,854.37** | **$ 2,854.37** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, 100 North Tryon Street Headquarters Charlotte, NC 28255 | | 4,459.00 | NA | NA | 0.00 |
| | Chase, Corporate Headquarters 270 Park Avenue New York, NY 10017 | | 2,120.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase, Corporate Headquarters 270 Park Avenue New York, NY 10017 | | 1,874.00 | NA | NA | 0.00 |
| | Dreyer Medical Clinic, P.O. Box 105173 Atlanta, GA 30348 | | 589.69 | NA | NA | 0.00 |
| | DuPage Eye Anesthesiology, 2015 North Main St Wheaton, IL 60187 | | 61.20 | NA | NA | 0.00 |
| | Edward Hospital, PO Box 4207 Carol Stream, IL 60197-4207 | | 965.35 | NA | NA | 0.00 |
| | Edward Hospital, PO Box 4207 Carol Stream, IL 60197-4207 | | 71.46 | NA | NA | 0.00 |
| | Edward Hospital, PO Box 4207 Carol Stream, IL 60197-4207 | | 739.71 | NA | NA | 0.00 |
| | GI Pathology, PO Box 1000 Dept 461 Memphis, TN 38148-0001 | | 40.00 | NA | NA | 0.00 |
| | Midwest Endoscopy Center, PO Box 10359 Uniondale, NY 11555-0359 | | 235.30 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mobile Anesthesiologists, PO Box 5633 Carol Stream, IL 60197 | | 193.80 | NA | NA | 0.00 |
| | Rush Copley Medical Center, 2000 Ogden Ave Aurora, IL 60504 | | 1,303.06 | NA | NA | 0.00 |
| | Rush Copley Medical Center, 2000 Ogden Ave Aurora, IL 60504 | | 430.00 | NA | NA | 0.00 |
| | Suburban Gastroenterology, 39273 Treasury Center Chicago, IL 60694-9200 | | 211.42 | NA | NA | 0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,132.00 | 1,164.98 | 1,164.98 | 530.35 |
| 4 | CAPITAL ONE NA | 7100-000 | 1,289.00 | 1,332.22 | 1,332.22 | 606.48 |
| 1 | DISCOVER BANK | 7100-000 | 5,796.96 | 5,796.36 | 5,796.36 | 2,638.74 |
| 10 | JOHN F MAZEIKA DDS | 7100-000 | 1,530.00 | 1,345.00 | 1,345.00 | 612.30 |
| 2 | NAVIENT SOLUTIONS INC. | 7100-000 | 13,505.00 | 13,519.16 | 13,519.16 | 6,154.48 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 3,888.00 | 4,148.18 | 4,148.18 | 1,888.42 |

Case 16-27301 Doc 36 Filed 05/16/17 Entered 05/16/17 14:26:06 Desc Main Document Page 8 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | 1,280.41 | 1,280.41 | 1,280.41 | 582.90 |
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 361.00 | 591.96 | 591.96 | 269.48 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | 4,507.00 | 4,771.12 | 4,771.12 | 2,172.01 |
| 7 | WELLS FARGO BANK, N.A. | 7100-000 | 3,272.00 | 3,713.34 | 3,713.34 | 1,690.47 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,855.36 | $ 37,662.73 | $ 37,662.73 | $ 17,145.63 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 16-27301 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | GARY D GIESE | | | | Date Filed (f) or Converted (c): | 08/25/2016 (f) |
| | NANCY L GIESE | | | | 341(a) Meeting Date: | 09/19/2016 |
| For Period Ending: | 05/02/2017 | | | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1730 DEER RUN DRIVE MONTGOMERY IL 60538-0000 KENDALL | 185,000.00 | 185,000.00 | | 20,000.00 | FA |
| 2. 2000 FORD FOCUS MILEAGE: 89500 | 1,462.00 | 0.00 | | 0.00 | FA |
| 3. 2014 FORD FUSION MILEAGE: 11500 | 12,975.00 | 0.00 | | 0.00 | FA |
| 4. FURNISHINGS AND APPLIANCES | 500.00 | 0.00 | | 0.00 | FA |
| 5. ELECTRONICS | 200.00 | 0.00 | | 0.00 | FA |
| 6. COLLECTIBLES | 350.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 8. EARTHMOVER CREDIT UNION | 0.00 | 0.00 | | 0.00 | FA |
| 9. EARTHMOVER CREDIT UNION | 0.04 | 0.00 | | 0.00 | FA |
| 10. EARTHMOVER CREDIT UNION | 25.00 | 0.00 | | 0.00 | FA |
| 11. EARTHMOVER CREDIT UNION | 25.00 | 0.00 | | 0.00 | FA |
| 12. OLD SECOND BANK | 3,500.00 | 0.00 | | 0.00 | FA |
| 13. PENTEGRA | 0.00 | 0.00 | | 0.00 | FA |
| 14. INSURANCE: NORTHWESTERN MUTUAL | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $204,337.04  $185,000.00  $20,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Possible liquidation of equity in residence 10/14/2016-asset notice. Motion to approve settlement with Debtors for equity in residence-approved dckt# 27. Claims review in progress 1-24-2017.

Page: 2

Case 16-27301    Doc 36    Filed 05/16/17    Entered 05/16/17 14:26:06    Desc Main
RE PROP #        1    --    Settlement of equity discovered by trustee.           Document    Page 10 of 13

Initial Projected Date of Final Report (TFR): 10/01/2017    Current Projected Date of Final Report (TFR): 02/23/2017    Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-27301 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: GARY D GIESE | Bank Name: Associated Bank |
| NANCY L GIESE | Account Number/CD#: XXXXXX5785 |
| | Checking |
| Taxpayer ID No: XX-XXX4321 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/02/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/05/16 | 1 | Gary D. Giese<br>Debtor's address | Settlement on Real Estate Equity<br>Court approved settlement on equity in Residence see dckt# 27 | 1110-000 | $20,000.00 | | $20,000.00 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $25.89 | $19,974.11 |
| 04/07/17 | 101 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $2,828.48 | $17,145.63 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($2,750.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($78.48) | 2200-000 | | | |
| 04/07/17 | 102 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 45.52 % per court order. | 7100-000 | | $2,638.74 | $14,506.89 |
| 04/07/17 | 103 | NAVIENT SOLUTIONS INC.<br>220 LASLEY AVE<br>WILKES-BARRE, PA 18706 | Final distribution to claim 2 representing a payment of 45.52 % per court order. | 7100-000 | | $6,154.48 | $8,352.41 |
| 04/07/17 | 104 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 45.52 % per court order. | 7100-000 | | $530.35 | $7,822.06 |
| 04/07/17 | 105 | CAPITAL ONE NA<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | Final distribution to claim 4 representing a payment of 45.52 % per court order. | 7100-000 | | $606.48 | $7,215.58 |
| 04/07/17 | 106 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 5 representing a payment of 45.52 % per court order. | 7100-000 | | $269.48 | $6,946.10 |

Page Subtotals:    $20,000.00    $13,053.90

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-27301 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: GARY D GIESE | Bank Name: Associated Bank |
| NANCY L GIESE | Account Number/CD#: XXXXXX5785 |
| | Checking |
| Taxpayer ID No: XX-XXX4321 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/02/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | 107 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 6 representing a payment of 45.52 % per court order. | 7100-000 | | $2,172.01 | $4,774.09 |
| 04/07/17 | 108 | WELLS FARGO BANK, N.A. WELLS FARGO CARD SERVICES PO BOX 10438, MAC F8235-02F DES MOINES, IA 50306-0438 | Final distribution to claim 7 representing a payment of 45.52 % per court order. | 7100-000 | | $1,690.47 | $3,083.62 |
| 04/07/17 | 109 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO SYNCHRONY BANK (WALMART MASTER CARD) POB 41067 NORFOLK, VA 23541 | Final distribution to claim 8 representing a payment of 45.52 % per court order. | 7100-000 | | $1,888.42 | $1,195.20 |
| 04/07/17 | 110 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO SYNCHRONY BANK (CAR CARE ONE) POB 41067 NORFOLK, VA 23541 | Final distribution to claim 9 representing a payment of 45.52 % per court order. | 7100-000 | | $582.90 | $612.30 |
| 04/07/17 | 111 | JOHN F MAZEIKA DDS 8 EAST MERCHANTS DRIVE OSWEGO, IL 60543 | Final distribution to claim 10 representing a payment of 45.52 % per court order. | 7100-000 | | $612.30 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $20,000.00 | $20,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $20,000.00 | $20,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,000.00 | $20,000.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $6,946.10 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5785 - Checking | $20,000.00 | $20,000.00 | $0.00 |
|  | $20,000.00 | $20,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $20,000.00 |
| Total Gross Receipts: | $20,000.00 |

Page Subtotals:  $0.00  $0.00